
Case 3:21-mj-01120-DEB   Document 1   Filed 03/25/21   PageID.1   Page 1 of 2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br><br>Nolberto SALMERON-Leyva,<br><br>Defendant. | Magistrate Docket No. **21-MJ-1120**<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1326 Deported Alien Found In the United States |

The undersigned complainant being, duly sworn, states:

On or about March 24, 2021, within the Southern District of California, defendant, Nolberto SALMERON-Leyva an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Wesley Cornue
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON MARCH 25, 2021.

HON. DANIEL E. BUTCHER
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Nolberto SALMERON-Leyva,

## PROBABLE CAUSE STATEMENT

On March 24, 2021, Border Patrol Agent J. Bushless and his canine partner were conducting assigned duties in the Brown Field Border Patrol Station's area of responsibility. At approximately 4:25 AM, Agent Bushless and his partner responded to a seismic intrusion device activation south of an area known to Border Patrol agents as "Harvey Dennison's." Upon arriving in the area, Agent Bushless deployed his canine partner who alerted and led him to two individuals lying down behind a large bush attempting to conceal themselves. This area is located approximately three miles west of the Tecate, California Port of Entry and approximately one and a half miles north of the United States/Mexico International Boundary. Agent Bushless approached the individuals, identified himself as Border Patrol Agents and conducted an immigration inspection. Both individuals including one later identified as the defendant, Nolberto SALMERON-Leyva, stated that they are citizens of Mexico without proper immigration documents which would allow them to enter or remain in the United States legally. At approximately 4:45 AM, Agent Bushless place both individuals, including SALMERON, under arrest.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on September 2, 2020, through San Ysidro, Ca. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.